UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL DWAYNE RODGERS, | No. C 13-5384 MEJ (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| GREG MUNKS, San Mateo County Sheriff, et al., | |
| Defendants. | |

Pursuant to plaintiff's notice of voluntary dismissal (Docket No. 5), this case is DISMISSED without prejudice. See Fed. R. Civ. P. 41(a)(1).

The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: December 12, 2014

Maria-Elena James
United States Magistrate Judge